UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONNA TROUTEN,

                Plaintiff,                Case No. 2:24-cv-11575

v.                                Honorable Susan K. DeClercq
                                United States District Judge

UNITED PROPERTY GROUP – DG1,
LLC,

                Defendant.

_____/

**ORDER VACATING THE COURT'S FEBRUARY 13, 2025 ORDER (ECF No. 17) AND SETTING DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

On February 13, 2025, this Court issued an order that (1) granted Plaintiff's motion for an order to show cause, ECF No. 16; (2) scheduled a show-cause hearing for March 12, 2025; (3) directed subpoenaed nonparty Dolgencorp, LLC to attend the show cause hearing; (4) directed Plaintiff to serve Dolgencorp, LLC with a copy of the order and to file a proof of service on or before February 17, 2025, and (5) stayed all current deadlines in the above-captioned case until further order of this Court. ECF No. 17.

On February 19, 2025, the Counsel for all Parties—including Dolgencorp—attended a virtual status conference during which it was agreed there was no longer a need for a show-cause hearing, as Dolgencorp had provided the relevant records

to Plaintiff. *See* ECF No. 7 (scheduling status conference). The Parties also noted that Plaintiff had filed her response to Defendant's motion for summary judgment on February 13, 2025. *See* ECF No. 18.

So, as discussed at the virtual status conference, this Court will vacate its February 13, 2025 order because a show-cause hearing and the stay of dates are no longer necessary. Further, as discussed at the virtual status conference, Defendant may file a reply in support of its motion for summary judgment, ECF No. 15, if it so wishes.

Accordingly, it is **ORDERED** that this Court's February 13, 2025 Order, ECF No. 17, is **VACATED** .

Further, it is **ORDERED** that the show cause hearing scheduled for March 12, 2025 is **CANCELLED**.

Further, it is **ORDERED** that Defendant may file a reply in support of its motion for summary judgment, ECF No. 15, **on or before February 24, 2025**.

> */s/Susan K. DeClercq*
> SUSAN K. DeCLERCQ
> United States District Judge

Dated:        February 21, 2025